# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA MILENA VERGARA CAICEDO & WILMAR HERRERO MORENO,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN THOMPSON,  et al.<br><br>*Defendants.* | Civil Action No.:<br><br>**2:26-cv-8500**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs, SANDRA MILENA VERGARA CAICEDO & WILMAR HERRERO MORENO, by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiffs are entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: 07/30/26**

Respectfully Submitted,

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

SO ORDERED.

Hon. Susan D. Wigenton
United States District Judge
Dated: July 31, 2026

1